**FILED**
JUL 19 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES CONNOR,<br><br>Defendant. | No. 2:13-cr-0165-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release CHARLES CONNOR Case No. 2:13-cr-0165-TLN, from custody for the following reasons:

_____  Release on Personal Recognizance

__X__  Bail Posted in the Sum of $ 125,000 ($50,000 unsecured, $75,000 secured by property).

__X__  Unsecured Appearance Bond - $50,000, co-signed by father

__X__  Appearance Bond secured by property - $75,000 *To be posted within two weeks.*

___    Appearance Bond with Surety

___    Corporate Surety Bail Bond

__X__  (Other): Pretrial Services conditions

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, California on July 19, 2013.

_____
UNITED STATES MAGISTRATE JUDGE