LAW OFFICES OF
WING & PARISI
LINDA PARISI
1101 E STREET
SACRAMENTO, CA 95814
916-441-4888
State Bar #084247

ATTORNEY FOR: Connor

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CHARLES CONNOR<br><br>Defendant | Case No. 2:13-cr-00165-TLN-2<br><br>REQUEST FOR EXTENSION OF TIME TO SUBMIT SECURED BOND DOCUMENTATION TO THE COURT |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Olusere Olowoyeye, Counsel for Plaintiff, and Attorney Linda Parisi, Counsel for Defendant CHARLES CONNOR, that the deadline for the Defendant to submit secured bond paperwork to the Court be extended to August 23 , 2013.

On July 19, 2013, the parties appeared before Judge Carolyn K. Delaney to address Defendant CHARLES CONNOR custody status. The court ordered Mr. Connor released on a $125,000 bond to be secured by a $75,000 bond posted against the Defendant's father's property in Kotzebue, Alaska, and the remaining $50,000.00

/ / /

1

to be secured by an appearance bond that has already been lodged with the Court. Mr. Connor was given until the close business on August 1, 2013, to submit the appropriate paperwork to the court.

Notwithstanding Mr. Connor's and his family's diligent efforts to gather the necessary paperwork, they have been unable to complete the process, and will need the additional time requested to do so.

Mr. Connor had scheduled an appraisal, but unfortunately, the appraiser has not been completed. He is completing the appraisal as soon as possible. Further, Mr. Connor needs additional time to secure a Preliminary Title Report.

In communicating with the parties, it is believed that all necessary appraisals and recordings of title documents can be completed by August 23 , 2013.

For the aforementioned reasons, the parties respectfully request the Court grant the requested extension of time for the Defendant to submit his secured bond paperwork to the Court.

Dated: July 31 , 2013

                                        Respectfully Submitted

/s/ Linda M. Parisi by e-mail authorization
_____
Linda M. Parisi
Attorney for Charles Connor

///

LAW OFFICES OF
WING & PARISI, A.P.C.
SACRAMENTO, CA.

ORDER

IT IS SO FOUND AND ORDERED this 1st day of August 2013.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

///