LINDA M. PARISI
LAW OFFICES OF WING & PARISI
1101 E Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Charles Connor

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>CHARLES CONNOR,<br><br>        Defendant. | CASE NO.  2:13-cr-00165-TLN-2<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>Date : July 10, 2014<br>Time: 10:30 a.m.<br>Judge: Troy L. Nunley |

  Defendant Charles Connor, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Olusere Olowoyeye  hereby stipulate as follows:

  1.  By previous order, this matter was set for status on June 26, 2014.

  2.  By this stipulation, the defendant now moves to continue the status conference until July 10, 2014, at 9:30 a.m. and to exclude time between June 26, 2014 and July 10, 2014 under Local Code T4.  The United States does not oppose this request.

  3.  The parties agree and stipulate, and request that the Court find the following:

    a.  The United States has represented that the discovery associated with this case includes investigative reports and related documents.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1

    b.    Counsel for Mr. Connor need additional time to consult, to review discovery, and to discuss potential resolutions, including setting the matter for trial.

    c.    Counsel for defendant Mr. Connor believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The United States Attorney agrees to the continuance.

    e.    All counsel agrees to the continuance.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of June 26, 2014 and July 10, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated:  June 24, 2014

    Respectfully Submitted,

    /s/ Linda M. Parisi by e-mail authorization
    _____
    Linda M. Parisi
    Attorney for Charles Connor

Dated: June 24, 2014    BENJAMIN B. WAGNER United States Attorney

    /s/ Linda M. Parisi by e-mail authorization
    _____
    OLUSERE OLOWOYEYE
    Assistant U.S. Attorney
    Attorney for Plaintiff

Stipulation and Order for Continuance of Status Hearing and for Exclusion of Time

2

1  LAW OFFICES OF
2  **WING & PARISI**
   LINDA PARISI
3  1101 E STREET
   SACRAMENTO, CA 95814
4  916-441-4888
   State Bar #084247

5
   ATTORNEY FOR:  Connor
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10
                                    Case No. 2:13-cr-00165-TLN-2
11  UNITED STATES OF AMERICA
                                    ORDER
12              Plaintiff,

13      v.

14
    CHARLES CONNOR,
15              Defendant,

16

17
        Based on the reasons set forth in the stipulation of the parties filed on June 24, 2014, and
18
    good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS
19
    HEREBY ORDERED that the status conference currently set for June 26, 2014, be vacated and that
20
    a status conference be set for Thursday, July 10, 2014, at 9:30 a.m. The Court finds that the ends of
21
    justice to be served by granting a continuance outweigh the best interests of the public and the
22
    defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in
23
    the parties' June 24, 2014 stipulation, the time within which the trial of this matter must be
24
25  ///

26
    ///
27

28                                3
   Stipulation and Order for Continuance of Status
   Hearing and for Exclusion of Time

commenced under the Speedy Trial Act is excluded during the time period of June 26, 2014, through and including July 10, 2014 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: June 24, 2014

_____
Troy L. Nunley
United States District Judge