LINDA M. PARISI
LAW OFFICES OF WING & PARISI
1101 E Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Charles Connor

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:13-cr-00165-TLN |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| CHARLES CONNOR, | Date :  August 14, 2014 |
| Defendant. | Time:  10:30 a.m. |
| | Judge: Troy L. Nunley |

Defendant Charles Connor, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Olusere Olowoyeye hereby stipulate as follows:

1. By previous order, this matter was set for status on July 10, 2014.

2. By this stipulation, the defendant now moves to continue the status conference until August 14, 2014, at 10:30 a.m. and to exclude time between July 10, 2014 and August 14, 2014 under Local Code T4.  The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The United States has represented that the discovery associated with this case includes investigative reports and related documents.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1

    b.    Counsel for Mr. Connor need additional time to consult, to review discovery, and to discuss potential resolutions, including setting the matter for trial.

    c.    Counsel for defendant Mr. Connor believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The United States Attorney agrees to the continuance.

    e.    All counsel agrees to the continuance.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of July 10, 2014 and August 14, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: July 8, 2014

    Respectfully Submitted,

    /s/ Linda M. Parisi by e-mail authorization
    _____
    Linda M. Parisi
    Attorney for Charles Connor

Dated: July 8, 2014    BENJAMIN B. WAGNER United States Attorney

    /s/ Linda M. Parisi by e-mail authorization
    _____
    OLUSERE OLOWOYEYE
    Assistant U.S. Attorney
    Attorney for Plaintiff

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

LAW OFFICES OF
**WING & PARISI**
LINDA PARISI
1101 E STREET
SACRAMENTO, CA 95814
916-441-4888
State Bar #084247

ATTORNEY FOR: Charles Connor

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:13-cr-00165-TLN-2 |
| Plaintiff, | **ORDER** |
| v. | |
| CHARLES CONNOR | |
| Defendant, | |

Based on the reasons set forth in the stipulation of the parties filed on July 8, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for July 10, 2014, be vacated and that a status conference be set for Thursday, August 14, 2014, at 10:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 8, 2014 stipulation, the time within which the trial of this matter must be

///

///

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

commenced under the Speedy Trial Act is excluded during the time period of July 10, 2014, through and including August 14, 2014 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

Dated: July 8, 2014

_____
Troy L. Nunley
United States District Judge