LAW OFFICES OF
WING & PARISI
LINDA M. PARISI
1101 E STREET
SACRAMENTO, CA 95814
916-441-4888
State Bar #084247

ATTORNEYS FOR: Connor

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES CONNOR,<br>Defendant. | Case No. 2:13-cr-00165- TLN<br><br>STIPULATION AND ORDER TO SET A NEW SENTENCING DATE AND SCHEDULE |

The Probation Report has not yet been prepared as a result of Mr. Connor currently residing in the State of Alaska. As a result, it is the desire of all parties to continue the Judgement and Sentencing date now set for January 8, 2015 to April 16, 2015.

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Mr. Olusere Olowoyeye , and defendant CHARLES CONNOR, by his attorney, Linda M. Parisi, and United States Probation Officer Lisa Hage hereby stipulate and agree to the following suggested schedule for the preparation of the Presentence Report and Judgment and Sentencing :

| | |
|---|---|
| Judgment and Sentencing Date | April 16, 2015 |
| Reply, if any | April 1, 2015 |
| Corrections | March 25, 2015 |
| Final Report | March 18, 2015 |
| Formal Objections | March 10, 2015 |
| Preparation of Presentence/Report | March 3, 2015 |

All parties agree to the aforementioned schedule since we have not yet received the Probation Report from the United States Probation Officer.

This schedule has been discussed and accepted by US Attorney Olosere Olowoyeye, counsel for Mr. Connor and the United States Probation Officer Lisa Hage and none of the parties have opposition to the suggested schedule.

Dated: December 30, 2014

    Respectfully Submitted,


/s/ Linda M. Parisi by e-mail authorization
_____
Linda M. Parisi
Attorney for Charles Connor


/s/ Olusere Olowoyeye by e-mail authorization
_____
Olusere Olowoyeye
Assistant U.S. Attorney
Olusere.Olowoyeye@usdoj.gov

LAW OFFICES OF
WING & PARISI, A.P.C.
SACRAMENTO, CA.

2

LAW OFFICES OF
WING & PARISI
LINDA M. PARISI
1101 E STREET
SACRAMENTO, CA 95814
916-441-4888
State Bar #084247

ATTORNEYS FOR: Connor

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>CHARLES CONNOR,<br>        Defendant, | Case No. 2:13-cr-00165-TLN<br><br>**ORDER** |

IT IS ORDERED AS FOLLOWS:

The presentence Report and Judgment and Sentencing schedule and date be modified, as follows:

| | |
|---|---|
| Judgment and Sentencing Date | April 16, 2015 |
| Reply, if any | April 1, 2015 |
| Corrections | March 25, 2015 |
| Final Report | March 18, 2015 |
| Formal Objections | March 10, 2015 |
| Preparation of Presentence/Report | March 3, 2015 |

Dated:  December 30, 2014

_____
Troy L. Nunley
United States District Judge