LAW OFFICES OF
WING & PARISI
LINDA M. PARISI
1101 E STREET
SACRAMENTO, CA 95814
916-441-4888
State Bar #084247

ATTORNEYS FOR: Connor

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　v.

CHARLES CONNOR,

　　　　　Defendant,

Case No. 3.2:13-cr-00165- TLN

~~PROPOSED~~ ORDER

IT IS ORDERED AS FOLLOWS:   Based on the reasons set forth in the stipulation of the parties filed on February 25, 2015, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.   IT IS HEREBY ORDERED that the Pretrial Release Conditions be amended to include a requirement that Mr. Connor participate in drug and alcohol treatment and counseling.   All other conditions remain in effect.

Dated: March 4, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

## **AMENDED SPECIAL CONDITIONS OF RELEASE**
Re: Hebert, Richard Charles
No.: 2:14-CR-140 MCE
Date: September 10, 2014

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shal continiue to participate in the outpatient treatment program you are currently enrolled;

3. You shall refrain from the use of alcohol or any use of narcotic , drug or other controlled substance without a prescription by a licensed medical practitioner;

4. You shall notify Pretrial Services immediately of any prescribed medication[s].  However, medicinal marijuana,prescribed or not, may not be used.

5. You shall participate in a program of medical or psychiatric treatement, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  You shall pay all or part of the costs of counseling services based upon your ability to pay,k as determined by the pretrial services officer;

6. All previously stated terms and conditions of Pretrial Release remain in full force and effect,