LAW OFFICES OF
WING & PARISI
LINDA M. PARISI
1101 E STREET
SACRAMENTO, CA 95814
916-441-4888
State Bar #084247

ATTORNEYS FOR: Connor

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Plaintiff,<br><br>v.<br><br>CHARLES CONNOR,<br>          Defendant, | Case No. 2:13-cr-00165- TLN<br><br>STIPULATION AND ORDER TO SET A NEW SENTENCING DATE AND SCHEDULE |

The Probation Report has not yet been prepared as a result of Mr. Connor currently residing in the State of Alaska. As a result, it is the desire of all parties to continue the Judgement and Sentencing date now set for April 16, 2015 to October 15, 2015.

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Mr. Justin Lee , and defendant CHARLES CONNOR, by his attorney, Linda M. Parisi, and United States Probation Officer Lisa Hage hereby stipulate and agree to the following suggested schedule for the preparation of the Presentence Report and Judgment and Sentencing :

Judgment and Sentencing Date					October 15, 2015

| | |
|---|---|
| Reply, if any | <u>September  3, 2015</u> |
| Corrections | <u>August  20, 2015</u> |
| Final Report | <u>July 30, 2015</u> |
| Formal Objections | <u>July  9, 2015</u> |
| Preparation of Presentence/Report | <u>June 18, 2015</u> |

All parties agree to the aforementioned schedule as Mr. Connor's wife is going to give birth to their fourth child, he is currently involved in a alcohol and drug treatment program and he is scheduled to continue in classes so he can get recertified for work so that he will be qualified to continue his work on the North Slope of Alaska in the oil industry upon his release from prison.

//

//

//

//

//

//

//

//

This schedule has been discussed and accepted by US Attorney Justin Lee, counsel for Mr. Connor and the United States Probation Officer Lisa Hage and none of the parties have opposition to the suggested schedule.

Dated: March 11, 2015					Respectfully Submitted,


							/s/ Linda M. Parisi by e-mail authorization
							_____
							Linda M. Parisi
							Attorney for Charles Connor


							/s/ Justin Lee by e-mail authorization
							_____
							Justin Lee
							Assistant U.S. Attorney
							Justin.Lee@usdoj.gov

```
LAW OFFICES OF
WING & PARISI
LINDA M. PARISI
1101 E STREET
SACRAMENTO, CA 95814
916-441-4888
State Bar #084247

ATTORNEYS FOR: Connor
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CHARLES CONNOR,<br>  Defendant, | Case No. 2:13-cr-00165-TLN<br><br>**ORDER** |

IT IS ORDERED AS FOLLOWS: The presentence Report and Judgment and Sentencing schedule and date be modified, as follows:

| | |
|---|---|
| Judgment and Sentencing Date | October 15, 2015 |
| Reply, if any | September 3, 2015 |
| Corrections | August 20, 2015 |
| Final Report | July 30, 2015 |

//
//
//
//

| | |
|---|---|
| Formal Objections | <u>July 9, 2015</u> |
| Preparation of Presentence/Report | <u>June 18, 2015</u> |

Dated: March 11, 2015

_____
Troy L. Nunley
United States District Judge