LINDA M. PARISI #84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile: (916) 441-1575
Email: linda@wingparisilaw.com

ATTORNEYS FOR: Connor

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00165- TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| v. | |
| CHARLES CONNOR, | |
| Defendant. | |

    Defendant Charles Connor, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Assistant United States Attorney Christiaan Highsmith, hereby stipulate as follows:

1. This matter is set for judgment and sentencing on October 15, 2015.

2. By this stipulation, the defendants now moves to continue the judgment and sentencing until January 21, 2016, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

1

a. Counsel for defendant needs additional time to gather and provide information for sentencing. As a result, it is the desire of all parties to continue the Judgement and Sentencing date now set for October 15, 2015 to January 21, 2016.

c. Counsel for defendant, Mr. Connor, believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The United States Attorney agrees to the continuance.

e. All counsel agrees to the continuance.

IT IS SO STIPULATED.

Dated: October 9 , 2015                    Respectfully Submitted,


                                           /s/ Linda M. Parisi by e-mail authorization
                                           _____
                                           Linda M. Parisi
                                           Attorney for Charles Connor


                                           /s/ Christiaan Highsmith by e-mail authorization
                                           _____
                                           Christiaan Highsmith
                                           Assistant U.S. Attorney

LAW OFFICES OF
WING & PARISI, A.P.C.
SACRAMENTO, CA.

LINDA M. PARISI #84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:  (916) 441-1575
Email: linda@wingparisilaw.com

ATTORNEYS FOR:Connor

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br>　v.<br>CHARLES CONNOR,<br>　　　　Defendant, | Case No. 2:13-cr-00165-TLN<br><br>ORDER |

Based on the reasons set forth in the stipulation of the parties filed on October 9, 2015, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the judgement and sentencing currently set for October 15, 2015, be vacated and that judgment and sentencing be set for January 21, 2016, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in sentencing.

Dated:  October 13, 2015

_____
Troy L. Nunley
United States District Judge