```
LINDA M. PARISI  SBN#84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com
```

ATTORNEYS FOR: Charles Connor

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>           Plaintiff,<br><br>     v.<br><br>CHARLES CONNOR,<br>           Defendant, | Case No. 2:13-cr-00165- TLN<br><br>AMENDED STIPULATION AND ORDER FOR EXTENSION OF TIME |

   Defendant Charles Connor, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Assistant United States Attorney Christiaan Highsmith, hereby stipulate as follows:

   1. This matter is set for judgment and sentencing on January 21, 2016.

   2. By this amended stipulation, the defendants now moves to continue the judgment and sentencing until March 17, 2016, at 9:30 a.m.

   3. The parties agree and stipulate, and request that the Court find the following:

1

a.  Counsel for defendant needs additional time to complete investigation that may affect Mr. Connor's sentence.  As a result, it is the desire of all parties to continue the Judgement and Sentencing date now set for  January 21, 2016 to March 17, 2016.

c.   Counsel for defendant,  Mr. Connor, believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The United States Attorney agrees to the continuance.

e. All counsel agrees to the continuance.

IT IS SO STIPULATED.

Dated:  January 15, 2016		Respectfully Submitted,


/s/ Linda M. Parisi by e-mail authorization
_____
Linda M. Parisi
Attorney for Charles Connor


/s/ Christiaan Highsmith by e-mail authorization
_____
Christiaan Highsmith
Assistant U.S. Attorney

LINDA M. PARISI #84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

ATTORNEYS FOR:Connor

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:13-cr-00165-TLN |
| Plaintiff, | **ORDER** |
| v. | |
| CHARLES CONNOR,<br>Defendant, | |

Based on the reasons set forth in the amended stipulation of the parties filed on January 15, 2016, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the judgement and sentencing currently set for January 21, 2016, be vacated and that judgment and sentencing be set for March 17, 2016, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in sentencing.

Dated: January 15, 2016

Troy L. Nunley
United States District Judge