LINDA M. PARISI #84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile: (916) 441-1575
Email: linda@wingparisilaw.com

ATTORNEYS FOR: Connor

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>    v.<br><br>CHARLES CONNOR,<br>        Defendant, | Case No. 2:13-cr-00165-TLN<br><br>ORDER |

Based on the reasons set forth in the Request for Continuance the defendant filed on April 13, 2016, and good cause appearing therefrom, the Court adopts the Request in its entirety. IT IS HEREBY ORDERED that the judgement and sentencing currently set for April 14, 2016, be vacated and that judgment and sentencing be set for May 12, 2016, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in sentencing.

Dated: April 13, 2016

_____
Troy L. Nunley
United States District Judge