McGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00165-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| CHARLES CONNOR, | |
| Defendant. | |

**STIPULATION**

1. Defendant Charles Connor filed a motion for reduction in sentence and compassionate release on August 28, 2020. The government's response is due by September 4, 2020, and any reply due September 11, 2020. Government counsel requests additional time to obtain records and draft the response brief.

2. Counsel for the defendant does not oppose this request.

3. Accordingly, by this stipulation, the parties now request that:

    a) The government's opposition or response to defendant's motion, be due on September 10, 2020; and

    b) The defense reply, if any, will be due on September 17, 2020.

IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated: September 4, 2020

*/s/ Michael W. Redding*
MICHAEL W. REDDING
Assistant United States Attorney

Dated: September 4, 2020

/s/ *Douglas Beevers*
DOUGLAS BEEVERS
Counsel for Defendant

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion, is due on September 10, 2020;

    b)    The defense reply, if any, will be due on September 17, 2020.

IT IS SO ORDERED.

DATED: September 4, 2020

Troy L. Nunley
United States District Judge